**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 127 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KATHLEEN TRINH AND LT | : | |
| INTERNATIONAL BEAUTY SCHOOL, | : | |
| INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2018, the Petition for Allowance of Appeal and Emergency Petition for Expedited Consideration of Petition for Allowance of Appeal are **DENIED**.